IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHILE RIVER, Inc., MARK FRANZOY,
and WILLIAM FRANZOY,

    Plaintiffs,

v.                          No. CIV-16-0866 KG/LAM
                              Consolidated with:
                              No. CIV-16-0867 KG/LAM and
                              No. CIV-16-0868 KG/LAM

LOCKHART SEEDS, Inc.,

    Defendant.

## ORDER OF RECUSAL

**THIS MATTER** is before the Court *sua sponte*. Pursuant to the Judicial Code of Conduct, I am recusing from this case due to my husband's and his former law firm's representation of one or more of these parties in other matters.

**IT IS SO ORDERED.**

                                                            */s/ Lourdes A. Martínez*
                                                            **LOURDES A. MARTÍNEZ**
                                                            **UNITED STATES MAGISTRATE JUDGE**